Presentations
- Course planner and presenter, Pennsylvania Bar Institute Personal Injury Law Conference: The Need for Civility, 2019-2020

When I'm Not Helping Clients...

"I enjoy powerlifting. I've always been involved in sports and weightlifting, and I'm currently a member of the International Powerlifting Association and the United States Powerlifting Association. I hold National Records in the United States Powerlifting Association, an Ohio state record in the Revolution Powerlifting Syndicate, and Pennsylvania state records in the International Powerlifting Association."



Partnering with the Pittsburgh Steelwheelers



Hello. Welcome to Edgar Snyder & Associates. **Hablamos Español.** I am a **Live Person** here to help.

Free Consultation    I have a question

Other

